UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

-Against-
                                                                               Mag. Doc. No.07-1067

PAUL GALINSON.

              Defendant,

---------------------------------------x


       The undersigned firm of LaRusso & Conway has been retained by Paul Galinso in connection with the above-captioned case.  Please accept this as our notice of appearance.


**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD SUITE 341**
**MINEOLA, NEW YORK  11501**
**Telephone No. (516) 248-3520**
**Fax No. (516) 248-3522**